**Order filed October 3, 2013**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-12-01161-CR
_____

### MITCHELL WININNGER AKA MITCHELL WININGER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Co Crim Ct at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 1800224**

## ORDER

This State has filed a motion to supplement the record court with the original of **State's Exhibit No. 4, a DVD .** The motion is GRANTED.

The clerk of the Co Crim Ct at Law No 2 is directed to deliver to the Clerk of this court the original of State's Exhibit No. 4, a DVD, on or before **October 18, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit No. 4, a DVD, to the clerk of the Co Crim Ct at Law No 2.

PER CURIAM